IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Candice Curry | * | |
|    Plaintiff | * | |
| v. | * | Case No.: 8:19-cv-03467-DKC |
| Money One Federal Credit Union, et al. | * | |
|    Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

Plaintiff Candice Curry, Defendant Money One Federal Credit Union ("Money One"), Defendant Silverman Theologou LLP ("Silverman Theologou"), and Third-Party Defendant Innovative Strategic Solutions, LLC d/b/a CU Collections ("CU Collections") (Money One, Silverman Theologou, and CU Collections are sometimes referred to collectively as "Defendants"), by and through counsel, and pursuant to Fed. R. Civ. P. 23, file this joint motion for final approval of the proposed class action settlement in this matter. After providing notice to the Settlement Class of the Settlement, no Class Members have opted out or objected to the Settlement. *See* Ex. A, Decl. of Class Administrator. Only three class notices of the 69 mailed—or 4.3%—have been confirmed to have failed to reach the Class Members despite all customary efforts. *Id.*

For purpose of the Class Action Settlement, the Court has preliminarily approved the class definition in accordance with the Parties' Class Action Settlement Agreement to include the following individuals in the Settlement Class ("Class"):

> All Maryland consumers whose vehicles were repossessed and sold by Money One Federal Credit Union ("Money One") or contractors acting on its behalf from December 5, 2015 to January 21, 2019, pursuant to a credit contract governed by Md. Code Ann., Com. Law § 9-101, et seq., ("UCC") and as to whom CU Collections sent post-repossession notices which stated that the consumers had 15 days to redeem their vehicles.

Excluded from the Class are: (a) individuals who now are or have ever been executives of Defendants and the spouses, parents, siblings, and children of all such individuals, (b) any individual who was not a resident of the State of Maryland as of the date that his or her vehicle was repossessed, (c) any individual who was granted a discharge pursuant to the United States Bankruptcy Code or state receivership laws after the date of his or her contract, unless he or she reaffirmed his or her obligations with approval of the bankruptcy court, and (d) any individual against whom a deficiency judgment has already been obtained relating to their contract with Money One.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, the Parties respectfully request that the Court enter the proposed Order Granting Final Approval of the Class Action Settlement. Plaintiff further urges, by separate motion, that the Court approve an Incentive Award to Class Representative Candice Curry; approve the *cy pres* recipients; and grant Attorney's Fees and Costs to Class Counsel.

Respectfully submitted,

*/s/ Chelsea Ortega*
Chelsea Ortega, Fed. Bar Number 19327
Jane Santoni, Fed. Bar Number 05303
Matthew Thomas Vocci, Fed. Bar Number 28235
Santoni, Vocci & Ortega, LLC
201 W. Padonia Road, Suite 101
Lutherville-Timonium, MD 21093
Phone: (443) 921-8161

*/s/ Michael K. Hourigan*
Michael K. Hourigan (signed by CO with permission)
Federal Bar ID Number: 25938
Ferguson, Schetelich & Ballew, P.A.
100 S. Charles Street, Suite 1401
Baltimore, Maryland 21201-2725
Phone: 410-837-2200
Fax: 410-837-1188

Fax: (410) 525-5704
cortega@svolaw.com
*Attorneys for the Plaintiff and Class*

MHourigan@FSB-Law.com
*Counsel for Defendant Money One Federal Credit Union*

*/s/ James E. Dickerman*
James E. Dickerman (10687) (signed by CO with permission)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
Phone: 410-752-7474
Fax: 410-752-0611
dickerman@ewmd.com
*Attorney for Defendant Silverman Theologou LLP*

*/s/ Julia K. Whitelock*
Julia K. Whitelock, Fed. Bar No. 19380
(signed by CO with permission)
Jonathan A. Barnes, Fed. Bar No. 19384
Gordon Rees Scully Mansukhani, LLP
1101 King Street
Suite 520
Alexandria, VA  22314
Phone: 202-399-1009
Fax: 202-800-2999
jwhitelock@grsm.com
jbarnes@grsm.com
*Attorneys for Third-Party Defendant Innovative Strategic Solutions, LLC d/b/a CU Collections*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2021, a copy of the foregoing Joint Motion for Final Approval of Class Action Settlement and Memorandum in Support, was sent to all counsel of record when this motion was filed with the Court's ECF service.

*/s/ Chelsea Ortega*
Chelsea Ortega

3